CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
jonah.ross@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON GIRARD,<br><br>Defendant. | Case No. 5:26-MJ-71374 MAG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 6, 2026** |

IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing for defendant Clayton Girard scheduled for Wednesday, November 4, 2026, be continued to Friday, November 6, 2026, at 1:00 p.m. before the Honorable Virginia K. DeMarchi for status or arraignment. The parties do not currently have information about which to update the Court, but the parties anticipate that by the proposed date, they will be prepared either to arraign the defendant or to set a date for preliminary hearing.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 3, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
JONAH P. ROSS
Assistant United States Attorney

DATED: November 3, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/s/
JESSICA YU
Assistant Federal Public Defender

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Clayton Girard, currently scheduled for November 4, 2026, at 1:00 p.m., is continued to November 6, 2026, at 1:00 p.m., before the duty magistrate for status.

**IT IS SO ORDERED.**

Dated: November 3, 2026

Virginia K. DeMarchi

HON. VIRIGNIA K. DEMARCHI
United States Magistrate Judge