CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
jonah.ross@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON GIRARD,<br><br>Defendant. | Case No. 5:26-CR-00554 EKL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM NOVEMBER 6, 2026 THROUGH NOVEMBER 24, 2026 |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Clayton Girard that time be excluded under the Speedy Trial Act from November 6, 2026, through November 24, 2026.

At the arraignment held on November 6, 2026, the Court set a status conference for November 24, 2026, before the United States District Court. The government and counsel for the defendant agreed that time should be excluded under the Speedy Trial Act based on defense counsel's need to prepare effectively and adequately, given the amount of discovery produced and additional discovery expected to be produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until November 24, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 6, 2026, through November 24, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 13, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
JONAH P. ROSS
Assistant United States Attorney

DATED: November 13, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/s/
JESSICA YU
Assistant Federal Public Defender

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on November 6, 2026, and for good cause shown, the Court finds that failing to exclude the time from November 6, 2026, through November 24, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 6, 2026 through November 24, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 6, 2026, through November 24, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 16, 2026

Virginia K. DeMarchi
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge