CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JONAH P. ROSS (CABN 305076)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
jonah.ross@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON GIRARD,<br><br>Defendant. | Case No. 5:26-CR-00554 EKL<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM NOVEMBER 24, 2026 THROUGH JANUARY 19, 2027 |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status conference for Defendant Clayton Girard scheduled for November 24, 2026, be continued to January 19, 2027, at 10:30 a.m. The government has made an initial production of discovery to the defense and anticipates making an additional production containing approximately 500 documents within the next week. Defense counsel needs additional time to review the government's productions. The parties request an order that the time during this continuance be excluded under the Speedy Trial Act. The parties agree and stipulate that the time from November 24, 2026, until January 19, 2027, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel, taking into account the exercise of due diligence. The parties agree that the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 20, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
JONAH P. ROSS
Assistant United States Attorney

DATED: November 20, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/s/
JESSICA YU
Assistant Federal Public Defender

## ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference for defendant Clayton Girard, currently scheduled for November 24, 2026, at 10:30 a.m., is continued to January 19, 2027, at 10:30 a.m.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from November 24, 2026, through January 19, 2027, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 24, 2026 through January 19, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 24, 2026 through January 19, 2027, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 23, 2026

HON. EUMI K. LEE
United States District Judge